Julie S. Turner (SBN 191146)
turner@turnerboyd.com
**TURNER BOYD LLP**
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

Attorneys for Plaintiff
BH COSMETICS, INC.

IT IS SO ORDERED
Lucy H. Koh
Judge Lucy H. Koh

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BH COSMETICS, INC., | CASE NO. 5:15-cv-02531-LHK |
| Plaintiff, | **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SHIPPING & TRANSIT LLC, | |
| Defendant. | |

PLAINTIFF'S NOTICE OF DISMISSAL        -0-        CASE NO. 5:15-CV-02531-LHK
WITH PREJUDICE

1  In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby
2  DISMISSES WITH PREJUDICE its Complaint against the Defendant in this case, including all
3  claims asserted therein.  This notice is submitted before the Defendant filed an answer or motion
4  for summary judgment in this case.  The Clerk shall close the case file.

Dated:  August 3, 2015                           Respectfully submitted,

By: */s/ Julie S. Turner*
   Julie S. Turner (SBN 191146)
   turner@turnerboyd.com
   **TURNER BOYD LLP**
   702 Marshall Street, Suite 640
   Redwood City, CA 94063
   Telephone: (650) 521-5930
   Facsimile: (650) 521-5931

   Attorneys for Plaintiff
   BH Cosmetics, Inc.

PLAINTIFF'S NOTICE OF DISMISSAL           -1-           CASE NO. 5:15-CV-02531-LHK
WITH PREJUDICE